ACCEPTED
03-15-00335-CV
6256176
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/28/2015 2:36:11 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00335-CV

In the Court of Appeals for the Third Judicial District
Austin, Texas

FILED IN
3D COURT OF APPEALS
AUSTIN, TEXAS
7/28/2015 2:36:11 PM
JEFFREY D. KYLE
Clerk

Herbert Rolnick

*Appellant*,

v.

Sight's My Line, Inc.; Stewart Lantz; Riggs, Aleshire & Ray, P.C.;
Blazier, Christensen, Bigelow & Virr, P.C.; Adams & Graham, L.L.P.

*Appellees*.

On Interlocutory Appeal from the
200th Judicial District Court Travis County, Texas

Appellee Adams & Graham, L.L.P.'s
Unopposed Motion for Extension of Time to File Brief

To the Honorable Court:

Appellee Adams and Graham, L.L.P. respectfully files this unopposed motion asking the Court to extend the deadline to file its Appellee's Brief by seven days, from July 29, 2015 to August 5, 2015.

In support of its motion, Appellee shows as follows:

1. Appellee's brief is due on or before July 29, 2015.

{00156739}

2. Appellee requests an additional seven days in which to file its brief due to its lead counsel's previous commitments before Appellant's brief was filed. Appellee's lead counsel has participated in two full day mediations, one of them requiring travel to Midland. Lead counsel has also conducted full day mediation. All mediations have required extensive preparation. Lead counsel has also traveled out of town to present at the 2015 Texas Bar CLE for Advanced Insurance Law. The foregoing, in addition to work in other cases, will prevent the undersigned from completing Movant's brief by the current deadline.

3. This is Appellee's first motion for an extension of time to file its brief.

4. The relief sought by this motion is so that justice may be done, and is not sought solely for delay, or any other improper purpose.

5. The Court has already granted an extension of time for Co-Appellees Stewart Lantz and Sight's My Line, Inc. to file their brief until August 5, 2015. Thus, the Court's consideration of this case will not be impaired by granting the relief sought by Appellee Adams and Graham, L.L.P.

6. Appellee therefore prays that the Court extend the current deadline for its brief from July 29, 2015 until August 5, 2015.

Respectfully submitted,

**VALDEZ, JACKSON & TREVIÑO, P.C.**
Plaza Las Campanas
1826 N. Loop 1604 W. Suite 245
San Antonio, Texas 78248
210-598-8686 – Telephone
210-598-8797 – Fax

    /s/ Robert E. Valdez
**Robert E. Valdez**
State Bar No. 20428100
revaldez@vjtlawfirm.com
**Joseph E. Cuellar**
State Bar No. 24082879
jcuellar@vjtlawfirm.com
**ATTORNEYS FOR APPELLEE ADAMS & GRAHAM, L.L.P.**

## CERTIFICATE OF CONFERENCE

The undersigned has communicated with counsel for all parties, all of whom stated they do not oppose Appellee Adams & Graham's Unopposed Motion Extension of Time to File Brief.

  /s/ Joseph E. Cuellar  
**Joseph  E. Cuellar**

**CERTIFICATE OF SERVICE**

I certify that the forgoing document has been served upon the following counsel of record via electronic service on July 28, 2015:

| | |
|---|---|
| J. Hampton Skelton<br>Brandon Gleason<br>SKELTON & WOOD<br>248 Addie Roy Road, Suite B-302<br>Austin, Texas 78746<br>*Attorneys for Plaintiffs* | Craig S. Hilliard<br>STARK & STARK<br>A Professional Corporation<br>P.O. Box 5315<br>Princeton, New Jersey 08543-2315<br>*Attorneys for Plaintiffs* |
| Michael B. Johnson<br>THOMPSON COE, COUSINS & IRONS, L.L.P.<br>701 Brazos, Suite 1500<br>Austin, Texas 78701<br>*Attorneys for Defendant Blazier, Christensen, Bigelow & Virr, P.C.* | Scott R. Kidd<br>Scott V. Kidd<br>KIDD LAW FIRM<br>819 W. 11th Street<br>Austin, Texas 78701<br>*Attorneys for Defendant Riggs Aleshire & Ray, P.C.* |

Ruth Malinas
Tim T. Griesenbeck
Scott M. Noel
PLUNKETT & GRIESENBECK, INC.
1635 N. E. Loop 410 Suite 900
San Antonio, Texas 78209
*Attorneys for Defendant Herbert Rolnick*

   /s/ Joseph E. Cuellar

**Joseph E. Cuellar**

{00156739}